IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:96CR17** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SALVADOR D. GUZMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion pursuant to Federal Rule of Criminal Procedure 48(b)(3).

There has been no substantive activity in this case since May of 1996. In March of 2001, the Honorable Thomas M. Shanahan issued a show-cause order (Filing No. 74) and, based on the government's response (Filing No. 75), did not dismiss the case. There has been no further activity.

Ten years have passed with no substantive activity in this case. Therefore, the Court will require the government to show cause why this case should not now be dismissed for failure to prosecute.

IT IS ORDERED:

1. On or before June 16, 2006, the government shall file a pleading showing why this case should not be dismissed for failure to prosecute; and

2. If such a pleading is not timely filed, this case may be dismissed without further notice.

DATED this 30th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge